# EXHIBIT A

US00D925721S

# (12) United States Design Patent
## Mosiman et al.

(10) Patent No.: **US D925,721 S**
(45) Date of Patent: ∗∗ **Jul. 20, 2021**

(54) **VENT EXTENDER**

(71) Applicant: **Spectrum Products LLC**, Mesa, AZ (US)

(72) Inventors: **Renee Mosiman**, Mesa, AZ (US); **Michael Mosiman**, Mesa, AZ (US)

(73) Assignee: **Spectrum Products LLC**, Mesa, AZ (US)

(∗∗) Term: **15 Years**

(21) Appl. No.: **29/760,423**

(22) Filed: **Dec. 1, 2020**

(51) **LOC (13) Cl.** ............................................. **23-01**

(52) **U.S. Cl.**
USPC ....................................................... **D23/387**

(58) **Field of Classification Search**
USPC ........... D23/387–389, 393; D7/359; D6/682; D26/118
CPC ................................. E04D 13/15; F24F 13/20
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D192,036 | S | ∗ | 1/1962 | Raymond | .................... D7/552.1 |
| 3,403,809 | A | | 10/1968 | Kennedy et al. | |
| D256,082 | S | ∗ | 7/1980 | Colato | ........................... D7/409 |
| 4,349,124 | A | ∗ | 9/1982 | Faller | ........................ B65D 1/44 |
| | | | | | 220/608 |
| D268,981 | S | ∗ | 5/1983 | Monson | ........................ 426/243 |
| 4,576,331 | A | | 3/1986 | Harwell | |
| D300,777 | S | | 4/1989 | Bales et al. | |
| D315,206 | S | | 3/1991 | Sisk | |
| D321,743 | S | | 11/1991 | Logue et al. | |
| D327,497 | S | ∗ | 6/1992 | Szablak | ......................... D19/20 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2542253 | A1 | 9/2007 |
| CA | 2775519 | A1 | 10/2012 |

(Continued)

OTHER PUBLICATIONS

Eureka Air Under Furniture Magnetic Vent Extender, first available Dec. 11, 2019[online], [site visited Mar. 29, 2021]. Available from internet, URL:<https://www.amazon.com/Eureka-Air-Furniture-Neodymium-Registers/dp/B07ZCMWT68> (Year: 2019).∗

(Continued)

*Primary Examiner* — Barbara Fox
*Assistant Examiner* — Jamaal Rasheed
(74) *Attorney, Agent, or Firm* — Adam R. Stephenson, Ltd.

(57) **CLAIM**

The ornamental design for a vent extender, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, rear perspective view of an implementation of a vent extender in a retracted position;
FIG. **2** is rear view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is right side view thereof;
FIG. **5** is left side view thereof;
FIG. **6** is a top view thereof;
FIG. **7** is a bottom view thereof;
FIG. **8** is top, rear perspective view of the implementation of the vent extender of FIG. **1** in an extended position;
FIG. **9** is a rear view thereof;
FIG. **10** is a front view thereof;
FIG. **11** is a right side view thereof;
FIG. **12** is a left side view thereof;
FIG. **13** is a top view thereof; and,
FIG. **14** is a bottom view thereof.
All broken lines shown in the drawings depict portions of the vent extender that form no part of the claimed design.

**1 Claim, 10 Drawing Sheets**



(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D338,662 S | | 8/1993 | Sharp |
| D362,154 S | * | 9/1995 | Pusateri .................. D7/359 |
| D363,410 S | * | 10/1995 | Hazen .................... D7/359 |
| D374,927 S | | 10/1996 | Chabot |
| D376,007 S | | 11/1996 | Thomas |
| D432,226 S | | 10/2000 | Orendorff |
| D462,436 S | | 9/2002 | Bennett et al. |
| D463,202 S | * | 9/2002 | Smith .................... D7/359 |
| D471,397 S | * | 3/2003 | Wright ................... D7/359 |
| D552,378 S | * | 10/2007 | Hussaini ................. D6/682 |
| D610,405 S | * | 2/2010 | McConnell .............. D7/409 |
| D654,162 S | * | 2/2012 | Sykes .................... D23/393 |
| D666,285 S | * | 8/2012 | Schrad ................... D23/387 |
| D828,536 S | * | 9/2018 | Couto .................... D23/393 |
| D903,089 S | * | 11/2020 | Holland .................. D23/393 |
| 2012/0073158 A1 | | 3/2012 | Sciallo et al. |
| 2013/0337738 A1 | | 12/2013 | Sanderson et al. |
| 2014/0170962 A1 | * | 6/2014 | Carter ................. F24F 13/082 454/367 |
| 2014/0260105 A1 | * | 9/2014 | Smith .................. B44D 3/126 53/458 |
| 2017/0226744 A1 | * | 8/2017 | Platts .................. F24F 7/02 |
| 2017/0268720 A1 | * | 9/2017 | Rogers ................. B44D 3/126 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 104727114 B | 1/2017 |
| KR | 20170124740 A | 11/2017 |
| ZA | 200908864 B | 9/2010 |

OTHER PUBLICATIONS

Ventilaider Magnetic Air Vent Extender for Under Furniture, first available Apr. 7, 2020[online], [site visited Mar. 29, 2021]. Available from internet, URL:<https://www.amazon.com/Ventilaider-Magnetic-Extender-Furniture-Registers/dp/B086TWZ97Y> (Year: 2020).*

Deflecto Furniture Deflector Air Vent Extender, first available Jul. 27, 2017[online], [site visited Mar. 29, 2021]. Available from internet, URL:<https://www.amazon.com/Deflecto-Furniture-Deflector-Registers-UFAD/dp/B0749KXCZF> (Year: 2017).*

Miles Kimball Furnace Vent Extender, first available Jun. 22, 2012[online], [site visited Mar. 29, 2021]. Available from internet, URL:<https://www.amazon.com/Miles-Kimball-Furnace-Vent-Extender/dp/B00A922NW2> (Year: 2012).*

Airconditioneri, Adjustable Vent Extender Heat Deflector Air Conditioner Register Floor Furnace, Retrieved from the Internet: https://plastic.airconditioneri.com/hdfl-snowman-snow-gauge-yard-stake-metal-frosty.html?product_id=Z7SiTPzMMbx0RQ [retrieved Nov. 30, 2020], 16 pages.

Fox Valley Traders, Furnace Vent Extender, Air Deflector for Floor Registers, Retrieved from the Internet: https://www.walmart.com/ip/Furnace-Vent-Extender-Air-Deflector-for-Floor-Registers/37516035 [retrieved Nov. 30, 2020], 11 pages.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

FIG. 5



**FIG. 6**



**FIG. 7**



FIG. 8



**FIG. 9**



**FIG. 10**

FIG. 11

FIG. 12



FIG. 13



**FIG. 14**