# amazon.com

```
   X  FILED         ___ LODGED
   ___ RECEIVED     ___ COPY

       SEP 1 6 2025

     CLERK U S DISTRICT COURT
        DISTRICT OF ARIZONA
    BY_____ DEPUTY
```

09/11/2025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
401 West Washington Street,
Suite 130,
Phoenix, AZ

Re: Jie Gao, et al.,
Case: C V-21-01407-PHX-DLR

To whom it may concern,

I am writing this letter to inform you that we are unable to locate the employee with provided details. Request you to provide full SSN to proceed further.

**Amazon.com, Payroll Dept,**
**PO Box 80726, Seattle, WA 98108-0463.**
Email: payroll-garnishment@amazon.com
**Phone:** 206-740-0507
**Fax   : 206-266-2503**

Sincerely,

Amazon.com Payroll Analyst
Email: payroll@amazon.com
TT V1925573561

AMAZON.COM
PAYROLL
PO BOX 80726
SEATTLE WA 98108-1226

# amazon.com

AMAZON.COM
PAYROLL DEPARTMENT
P.O. BOX 81226
SEATTLE, WA 98108

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
401 West Washington Street, Suite 130,
Phoenix, AZ 85003**